# United States Navy–Marine Corps Court of Criminal Appeals

| | |
|---|---|
| **UNITED STATES** <br>     **Appellant** <br><br>   v. <br><br> **Breyer M. HOUSTON** <br> **Lieutenant (O-3)** <br> **U.S. Navy** <br>     **Appellee** | NMCCA NO. 201900245 <br><br> **Special Panel 3** <br><br> **O R D E R** <br><br> *Granting Appellant's Motion* <br> *to Withdraw* <br> *Article 62 Appeal* |

Upon consideration of Appellant's Motion to Withdraw Article 62 Appeal, filed on 13 December 2019, we have determined that Appellant's request was properly submitted, complies with Navy-Marine Corps Court of Criminal Appeals Rule of Appellate Procedure 20.1(f), and is consistent with the interests of justice.

Accordingly, it is, by the Court, this 16th day of December 2019,

**ORDERED:**

(1) That Appellant's Motion to Withdraw Article 62 Appeal is **GRANTED**.

(2) That the record of trial is returned to the Judge Advocate General for appropriate disposition.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court

Copy to:
NMCCA (51.3)
45 (Maj Meeder, LCDR Ceder)
46 (CAPT Fulton)
02